[NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT



No. 97-2304

MICHAEL BRIGGS,

Plaintiff, Appellant,

v.

OSRAM SYLVANIA, INC., ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Morton A. Brody, U.S. District Judge]



Before

Torruella, Chief Judge,
Selya and Boudin, Circuit Judges.



Michael Briggs on brief pro se.
Barry A. Bachrach and Bowditch & Dewey, LLP on brief for appellees.



May 7, 1998


Per Curiam. We have carefully reviewed the record
and briefs on appeal and affirm the judgment below. Upon
summary judgment, the evidence was unequivocal that the
appellant was an employee of the appellee with wages subject to
mandatory withholding. 26 U.S.C. 3402(a)(1) and 3102(a). 
An employer cannot be liable to its employee for complying with
its legal duty to withhold federal taxes. Chandler v. Perini
Power Constructors, Inc., 520 F. Supp. 1152, 1155-1156 (D.H.
1981)(stating also that the constitutionality of federal tax
withholding statutes is so well established as to render
nugatory any challenge thereto); Bright v. Bechtel Petroleum,
Inc. 780 F.2d 766 (9th Cir. 1986). The arguments that
appellant raises for the first time on appeal are not properly
before us. 
Affirmed. Loc.R. 27.1.